# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JOHNNY MARSHALL, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:20-cv-150 |
| | * | |
| v. | * | |
| | * | |
| COFFEE COUNTY ADULT DETENTION CENTER; and DOYLE WOOTEN, | * | |
| | * | |
| | * | |
| Defendants. | * | |

## ORDER

This matter is before the Court on Plaintiff's Objections to the Magistrate Judge's Report and Recommendation. Dkt. No. 14. In his May 21, 2021 Report and Recommendation, the Magistrate Judge recommended dismissal of Plaintiff's Complaint in its entirety because Coffee County Adult Detention Center does not qualify as a "person" under 42 U.S.C. § 1983 and Plaintiff did not state sufficient factual matter to maintain a plausible claim against Doyle Wooten. Dkt. No. 13.

In his Objections, Plaintiff reiterates he has not received adequate medical care at Coffee County Adult Detention Center and states he does not want this to happen to other inmates. Dkt. No. 14. However, Plaintiff has failed to explain why the Magistrate Judge's Report and Recommendation is legally

AO 72A
(Rev. 8/82)

incorrect even though he expresses disagreement with it. As the Magistrate Judge correctly concluded, Coffee County Adult Detention Center is not a "person" subject to suit under § 1983. Dkt. No. 13 at 3 (collecting cases). Additionally, the Magistrate Judge correctly found Plaintiff did not state sufficient factual matter regarding Doyle Wooten. Plaintiff does not mention Doyle Wooten in his Objections.

After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Plaintiff's Objections. The Court **DISMISSES** Plaintiff's Complaint in its entirety, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

SO ORDERED, this 14 day of June, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA